WR-63,871-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/28/2015 1:27:53 PM
Accepted 8/28/2015 3:52:31 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
## AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
8/28/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-63,871-03** |
| | § | |
| **TIMOTHY RANDAL THOMPSON** | § | |

## MOTION TO REMAND TO TRIAL COURT

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** TIMOTHY RANDAL THOMPSON, Applicant, and files this Motion to Remand to Trial Court and would show this Court the following:

### I.

This application for a writ of habeas corpus was recently forwarded to this Court. The claims raised in the application concern the ineffective assistance of Applicant's trial and appellate attorneys. One of the claims concerns the failure of Applicant's trial attorneys to adequately investigate the alleged crime and develop evidence that Thompson fired a number of warning shots, which would have corroborated Thompson's testimony and contradicted the testimony of the state's crime scene investigator.

Motion to Remand to Trial Court - Page 1

## II.

The claim concerning the failure to adequately investigate the crime scene and develop evidence that Thompson fired a number of warning shots inferentially contains a claim that the state's crime scene investigator committed perjury at Applicant's trial. The perjury of the crime scene investigator amounts to a violation of Applicant's due process rights as explained in *Ex parte Chabot*, 300 S.W.3d 768 (Tex. Crim. App. 2009).

## III.

Applicant did not raise a separate *Chabot* claim in his application for a writ of habeas corpus. The trial court's findings do not address the inferential *Chabot* claim contained within the ineffective assistance claim concerning the failure to investigate and develop evidence that Applicant fired warning shots. Applicant therefore requests that this writ application be remanded to the trial court so that Applicant can file a supplemental writ application explicitly raising a claim under *Ex parte Chabot*, 300 S.W.3d 768 (Tex. Crim. App. 2009).

FOR THE ABOVE REASONS, Applicant respectfully asks that this case be remanded to the trial court.

Respectfully submitted,

/s/ Robert N Udashen
ROBERT N. UDASHEN, P.C.

Bar Card Number 20369600

BRUCE ANTON
Bar Card Number 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 fax

Attorneys for Applicant

## CERTIFICATE OF SERVICE

A copy of the attached Motion to Remand to Trial Court was electronically delivered to the Tarrant County Criminal District Attorney's Office, Appellate Division, 401 West Belknap, Fort Worth, Texas 76196, on August 27, 2015.

/s/ Robert N Udashen
ROBERT N. UDASHEN, P.C.